IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

BARRY B. BOSTWICK

INFORMATION

5:19mj100-MJF

_____/

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

That on or about August 22, 2019, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

**BARRY B. BOSTWICK,**

did operate a vehicle at a speed in excess of the posted speed limit, to wit: sixty-seven (67) miles per hour in a forty-five (45) miles per hour zone, in violation of Florida Statutes, Section 316.183 and 32, Code of Federal Regulations, 634.25.


_[signature]_ for                            November 7, 2019
LAWRENCE KEEFE                               DATE
United States Attorney

FILED USDC FLND PC
7 NOV PM 2:18